IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK B. ARONSON, ) | |
| ) | ELECTRONICALLY FILED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:18-cv-01531-AJS |
| NATIONAL GAS & ELECTRIC, LLC, a Texas ) | |
| limited liability company, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mark B. Aronson ("Plaintiff"), and Defendant National Gas & Electric, LLC ("Defendant"; collectively the "Parties"), hereby stipulate to dismiss this action in its entirety with prejudice. Plaintiff acknowledges this dismissal with prejudice precludes him from reasserting claims that were or could have been asserted against Defendant in this action. Each party agrees to bear its own costs.

Agreed, executed, and submitted this 14th day of November, 2018.

_____
Plaintiff Mark B. Aronson
*Pro se*, with opportunity to consult his own counsel


*/s/ Matthew H. Sepp*
Matthew H. Sepp (PA85406)
Morgan, Lewis & Bockius LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA  15219
(412) 560-3300
matthew.sepp@morganlewis.com
Ezra D. Church
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
ezra.church@morganlewis.com

*Attorneys for Defendant National Gas & Electric, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF system and served upon the following by United States Mail, postage prepaid and via electronic mail:

Mark B. Aronson
2525 Greensburg Pike
Pittsburgh, PA 15221
Mba9999@aol.com

*Plaintiff, Pro Se*

*/s/ Matthew H. Sepp*
Matthew H. Sepp