IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK B. ARONSON,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL GAS & ELECTRIC, LLC, a Texas limited liability company,<br><br>      Defendants. | ELECTRONICALLY FILED<br><br>Case No. 2:18-cv-01531-AJS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mark B. Aronson ("Plaintiff"), and Defendant National Gas & Electric, LLC ("Defendant"; collectively the "Parties"), hereby stipulate to dismiss this action in its entirety with prejudice. Plaintiff acknowledges this dismissal with prejudice precludes him from reasserting claims that were or could have been asserted against Defendant in this action. Each party agrees to bear its own costs.

Agreed, executed, and submitted this 14th day of November, 2018.

_____
Plaintiff Mark B. Aronson
*Pro se*, with opportunity to consult his own counsel


*/s/ Matthew H. Sepp*
Matthew H. Sepp (PA85406)
Morgan, Lewis & Bockius LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219
(412) 560-3300
matthew.sepp@morganlewis.com
Ezra D. Church
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
ezra.church@morganlewis.com

AND NOW, this 26th day of Nov, 2018,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

*Attorneys for Defendant National Gas & Electric, LLC*

1